IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JASON HURST and SHA' HURST,    )
individually and as Next       )
Friends of H.H. and S.H.,      )
                               )
     Plaintiffs,               )
                               )    CIVIL ACTION NO.
     v.                        )      2:02cv1117-MHT
                               )           (WO)
AVENTIS PASTEUR, INC.,         )
etc., et al.,                  )
                               )
     Defendants.               )
```

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 132), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of August, 2010.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE